# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 4:12-CV-00154-WTM-GRS |
| R J HALL CONSTRUCTION, INC., ) | |
| SAVANNAH HOTEL COMPLEX, LLC, ) | |
| and AMERICAN HOTEL ) | |
| DEVELOPMENT PARTNERS, LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon review of the information contained in the **JOINT MOTION TO STAY THIS DECLARATORY JUDGMENT ACTION FOR NINETY DAYS** filed by the parties, the Court stays this matter through and including October 29, 2012.

IT IS SO ORDERED, this 6TH day of August, 2012.

_____