IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | 4:12-CV-00154-WTM-GRS |
| R J HALL CONSTRUCTION, INC., | ) | |
| SAVANNAH HOTEL COMPLEX, LLC, | ) | |
| and AMERICAN HOTEL | ) | |
| DEVELOPMENT PARTNERS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon review of the information contained in the **JOINT MOTION TO STAY THIS DECLARATORY JUDGMENT ACTION FOR NINETY DAYS** filed by the parties, the Court stays this matter through and including October 29, 2012.

IT IS SO ORDERED, this 6TH day of August, 2012.

_/s/ W. Smith_