FILED
U.S. DISTRICT COURT
SAVANNAH

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2013 FEB -6 AM 11: 27

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>R J HALL CONSTRUCTION, INC., )<br>SAVANNAH HOTEL COMPLEX, LLC, )<br>and AMERICAN HOTEL )<br>DEVELOPMENT PARTNERS, LLC, )<br>)<br>Defendants. )<br>) | CASE NO. CV412-154 |

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 14.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITHOUT PREJUDICE** and each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 6th day of February 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA