IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

EVANSTON INSURANCE COMPANY, )
)
    Plaintiff, )
)
v. )
) CASE NO. CV412-154
R J HALL CONSTRUCTION, INC., )
SAVANNAH HOTEL COMPLEX, LLC, )
and AMERICAN HOTEL )
DEVELOPMENT PARTNERS, LLC, )
)
    Defendants. )
)

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 14.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITHOUT PREJUDICE** and each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 6th day of February 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA